UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:24-cr-267-JA-EJK
  49 U.S.C. § 32703(2)

DREW MITCHELL SCHREIBER

## INFORMATION

The United States Attorney charges:

### Introduction

At all times material to this Information:

1. **DREW MITCHELL SCHREIBER** was a resident of Florida and was owner/operator of Central Florida Automotive Group, LLC ("Central Florida Automotive Group"), a business located in the Middle District of Florida.

2. **DREW MITCHELL SCHREIBER** was engaged in the business of buying and selling used motor vehicles through his business Central Florida Automotive Group, now named Southeastern Credit Union Solutions, in Winter Garden, in the Middle District of Florida, and elsewhere.

3. **DREW MITCHELL SCHREIBER** purchased high mileage motor vehicles via a wholesale vehicle dealership located throughout Florida and elsewhere.

4. **DREW MITCHELL SCHREIBER** sold used motor vehicles to other used motor vehicles dealers and the general public either directly or via various vehicle auctions in Florida and Arizona.

5. The offenses charged in this Information are part of a pattern of criminal conduct committed by **DREW MITCHELL SCHREIBER** which involved at least 140 motor vehicles.

## COUNT ONE

### (Odometer Tampering)

On or about February 5, 2018, in the Middle District of Florida, the defendant,

**DREW MITCHELL SCHREIBER**,

did knowingly and willfully reset and alter, and cause to be reset and altered, the odometer of a 2006 Porsche Cayman with Vehicle Identification Number WPOAB29856U78217, with the intent to change the number of miles indicated on the odometer from approximately 150,789 to approximately 34,643.

In violation of 49 U.S.C. §§ 32703(2) and 32709(b), and 18 U.S.C. § 2.

## COUNT TWO

### (Odometer Tampering)

On or about December 31, 2018, in the Middle District of Florida, the defendant,

**DREW MITCHELL SCHREIBER,**

did knowingly and willfully reset and alter, and cause to be reset and altered, the odometer of a 2002 Ford Thunderbird with Vehicle Identification Number 1FAHP60A42Y100350, with the intent to change the number of miles indicated on the odometer from approximately 154,459 to approximately 38,540.

In violation of 49 U.S.C. §§ 32703(2) and 32709(b), and 18 U.S.C. § 2.

## COUNT THREE

### (Odometer Tampering)

On or about January 28, 2019, in the Middle District of Florida, the defendant,

**DREW MITCHELL SCHREIBER,**

did knowingly and willfully reset and alter, and cause to be reset and altered, the odometer of a 2008 Nissan Armada with Vehicle Identification Number 5N1BA08CX8N602015, with the intent to change the number of miles indicated on

the odometer from approximately 174,448 to approximately 87,546.

In violation of 49 U.S.C. §§ 32703(2) and 32709(b), and 18 U.S.C. § 2.

        ROGER B. HANDBERG
        United States Attorney

By: _____
        KARA M. WICK
        Assistant United States Attorney

By: _____
        CHAUNCEY A. BRATT
        Assistant United States Attorney
        Deputy Chief, Orlando Division

        U.S. DEPARTMENT OF JUSTICE
        CONSUMER PROTECTION BRANCH

        AMANDA LISKAMM
        Director

By: _____
        DAVID SULLIVAN
        Senior Litigation Counsel